# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
FN America, LLC ) ASBCA No. 61692
)
Under Contract No. W52H09-05-C-0122 )

APPEARANCE FOR THE APPELLANT: Phyllis E. Andes, Esq.
Vice President, General Counsel

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Wayne T. Branom III, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: November 15, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61692, Appeal of FN America, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals